THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-136-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HERMAN LEE MCCRAY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Herman Lee McCray, Jr.'s Motion to Seal Defendant's [DE-49] Sentencing Memorandum is hereby GRANTED.

So ordered. This the 19th day of February, 2013.

_____
Senior UNITED STATES DISTRICT JUDGE