AO 456 (Rev. 5/85) Notice

**UNITED STATES DISTRICT COURT**

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

HERMAN LEE McCRAY, JR.

**NOTICE OF HEARING**

**CASE NUMBER:** 5:11-CR-136-1F

TYPE OF CASE:

| | CIVIL | x | CRIMINAL |

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Alton Lennon Federal Building** | **Courtroom Number 1 (Second Floor)** |
| **#2 Princess Street** | DATE AND TIME |
| **Wilmington, NC 28401** | **January 27, 2014 term at 10:00 am or as soon thereafter as the court can reach it** |

TYPE OF PROCEEDING

**REMAND HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

**JULIE A. RICHARDS, CLERK**
CLERK OF COURT

**December 2, 2013**     **/s/ Susan K. Edwards**
DATE     (BY) DEPUTY CLERK

TO:     Honorable James C. Fox, Senior US District Judge
         Denise Walker, AUSA
         Clarke Speaks
         USPO
         USMS
         CSO