UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-cr-00136-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF SUBSTITUTION |
| v. | ) | OF COUNSEL |
| | ) | |
| HERMAN LEE MCCRAY, JR. | ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted, this the 3rd day of December, 2013.

THOMAS G. WALKER
United States Attorney

By: /s/ Edward D. Gray
EDWARD D. GRAY
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Ste. 800
Raleigh, NC 27601
Telephone no. 919-856-4530
Fax no. 919-856-4487
Email: edward.gray@usdoj.gov
N.C. Bar No. 37539

CERTIFICATE OF SERVICE

I certify that I have on this the 3rd day of December, 2013, by filing an electronic copy of the same, served a copy of the foregoing Notice upon counsel for Defendant:

R. Clarke Speaks
Attorney at Law
PO Box 2823
Wilmington, NC 28402
Clarke@speakslaw.com

By: /s/ Edward D. Gray
EDWARD D. GRAY
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Ste. 800
Raleigh, NC 27601
Telephone no. 919-856-4530
Fax no. 919-856-4487
Email: edward.gray@usdoj.gov
N.C. Bar No. 37539