UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-136-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| HERMAN LEE MCCRAY, | ) |
| Defendant. | ) |

This matter is before the court on McCray's motion to seal docket entry 75 [DE-77]. For good cause shown, the motion is ALLOWED and the Clerk of Court is DIRECTED to maintain docket entry 75 under seal.

SO ORDERED.

This the 27 day of January, 2014.

JAMES C. FOX
Senior United States District Judge