IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 5:11-CR-136-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| HERMAN LEE MCCRAY, JR, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, HERMAN LEE MCCRAY, JR.'s Motion to Seal Defendant's Supplemental Memorandum for Hearing on Government's Motion is hereby GRANTED.

So ordered. This the 30th day of October, 2015.

_____
Honorable James C. Fox
Senior United States District Judge